914 A.2d 868

Cynthia N. PAPACH, Administratrix of the Estate
of Christopher K. Haws, Deceased

v.

MERCY SUBURBAN HOSPITAL, Kevin M. McAveney, D.O., Dr.
John Doe, Cedar Management Corporation t/a Mercy Health
Care System, L. Wimal Perera, M.D., Edward Schrieber, D.O.,
Jeffrey Brand, D.O., Suburban General Radiology Associates,
P.C., David Bolden, D.O. and Frank Dupont, III, M.D.

Petition of Mercy Suburban Hospital
and Frank Dupont, III, M.D.

Cynthia N. Papach, Administratrix of the Estate
of Christopher K. Haws, Deceased

v.

Mercy Suburban Hospital, Kevin M. Mcaveney, D.O., Dr. John
Doe, Cedar Management Corporation t/a Mercy Health Care
System, L. Wimal Perera, M.D., Edward Schrieber, D.O., Jeffrey
Brand, D.O., Suburban General Radiology Associates, P.C.,
David Bolden, D.O. and Frank Dupont, III, M.D.

Petition of Kevin M. McAveney, D.O.
and Edward Schrieber, D.O.

Supreme Court of Pennsylvania.

Jan. 2, 2007.

## ORDER

PER CURIAM:

AND NOW, this 2nd day of January, 2007, the Petitions for
Allowance of Appeal are hereby GRANTED, the order of the
Superior Court is VACATED, and the matter is REMAND-
ED to the Superior Court for further proceedings, including
remand to the common pleas court for evidentiary hearings if

necessary, to determine the responsibility for the absence of the transcripts from the record certified for appeal. *See Commonwealth v. Williams,* 552 Pa. 451, 715 A.2d 1101 (1998); *United Nat'l Ins. Co. v. J.H. France Refractories Co.,* 558 Pa. 409, 737 A.2d 738 (1999) *(per curiam).*